Form 191



FILED

2009 JAN 20 AM 10: 37

US BANKRUPTCY
COURT

In re:

Bankruptcy Case No.: 02-29809-JKF

Chapter: 13
Claim No.:
Hearing Date: at
01:30 PM,
2/13/09

**Bruce J. Schoenfelder**
Debtor(s)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the 15th day of January, 2009, I served a copy of the within **Order together with the Motion/Amendment/Objection to Claim** filed in this proceeding, by (describe the mode of service): US Mail

on the respondent(s) and on the following creditors, parties in interest, and equity security holders at:

Bruce J. Schoenfelder, 217 Rainprint Lane, Murraysville, PA 15668,

Francis E. Corbett, Calaiaro & Corbett, P.C., Grant Building, Suite 1105, 310 Grant Street, Pittsburgh, PA 15219-2230,

Micharl A. O'Rorke, Maiello, Brungo & Maiello, LLP, One Churchill Park, 3301 McCrady Road, Pittsburgh, PA 15235,

Ronda J. Winnecour, Suite 3250 USX Tower, 600 Grant Street, Pittsburgh, PA 15219

Executed on: 1/15/2009
(Date)

By: _____
Signature

Typed Name:  J Armstrong Duffield

Address:  3855 S. Boulevard, Suite 200

Phone No. 405/341-9001

List Bar I.D. and State of Admission: N/A