UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: ) Case No. 02-29809 JKF
Bruce J. Schoenfelder ) (Chapter 7)
        DEBTOR )
Planet Beach Franchising Corp )
        MOVANT     Rel to 113
Unclaimed Funds Account
        RESPONDENT

ORDER ~~DIRECTING PAYMENT~~
~~OF FUNDS TO CREDITOR/CLAIMANT~~

On the application of Planet Beach Franchising Corp (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has NOT noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. OR ANYONE ELSE, or has failed to file Proof of ~~and directs that all funds held in the registry of the court or paid i~~n pursuant to 11 ^ U.S.C. ~~§ 347 for the benefit of and waiting the request of the Claimant (in the approximate~~ amount of $~~21,545.56) be paid to Claimant in care of J. Armstrong Duffield, 3855 S. Boulevard, Suite 200, Edmond, OK 7301~~3.

Dated this 6 day of March, 2009

✗ Same and has failed to appear for hearing this second time. Thus, the motion is dismissed for failure to prosecute.

United States Bankruptcy Judge

CC: Financial Administrator

J. Armstrong Duffield
3855 S. Boulevard, Suite 200
Edmond, OK 73013

JK Fitzgerald

FILED

MAR 09 2009

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA