# American Property Locators, Inc.
3855 S. Boulevard, Suite 200
Edmond, OK 73013

Fax (405) 340-5968  
duffield@apl-inc.com

toll free (800) 730-4343  
Direct (405) 341-9001

March 10, 2009

U.S. Bankruptcy Court  
WESTERN DISTRICT OF PENNSYLVANIA  
5414 USX Tower  
Pittsburgh, PA 15219

Attn: Intake

Re: WESTERN DISTRICT OF PENNSYLVANIA
## MOTION TO RECONSIDER THE
APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

Dear Sir/Madam:

    Enclosed is a **MOTION TO RECONSIDER THE ORIGINAL** Application. Application for Order Directing Payment of Funds to Creditor/Claimant relating to the following matter. The certificate of service has been expanded to include the Debtor and the US Trustee. Reference is made to the original application on file with the court.

 As required by docket 120, a certificate of service was to be served on the U.S. Attorney. That was done on February 16, 2009 via USPS and the certificate was sent to the court also on February 16, 2009 via Priority Mail(USPS) and delivered on Feb 19, 2009 at 6:43am. The court associates have misplaced the document. According to Debra at the US Attorney's office, Civil case dept., she does not keep them as they have no case files on Schoenfelder so they send on to Patty Fitzgerald(412-894-7359).
I have sent a new certificate of service to the US Attorney's office as of today.

| | |
|---|---|
| Case No: | 02-29809 |
| Debtor: | Bruce J. Schoenfelder |
| Creditor/Claimant: | Planet Beach Franchising Corp |
| Amount: | $21,545.56 |

    Please forward a file stamped copy of the application and order along with the payment for this entity to the party set forth in the order. Thank you for your assistance in this matter.

Sincerely,

J. Armstrong Duffield

Enclosures

Form 191

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

120
ljel

In re:

Bankruptcy Case No.: 02-29809-JKF

Chapter: 13
Claim No.:
Hearing Date: at
to be set by
court.

**Bruce J. Schoenfelder**
  Debtor(s)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the 10th day of March, 2009, I served a copy of the within **Order together with the Motion/Amendment/Objection to Claim** filed in this proceeding, by (describe the mode of service): **USPS**

on the respondent(s) and on the following creditors, parties in interest, and equity security holders at:

Bruce J. Schornfelder, 217 Rainprint Lane, Murraysville, PA 15668.

Francis E. Corbett, Calaiaro & corbett, P.C., grant Building, Suite 1105, 310 Grant Street, Pittsburgh, PA

Michael A. O'Rorke, Maiello, Burngo & Maiello, LLP, One Churchill Park, 3301 McCrady Road, Pittsburgh, PA 15235

Rhonda J. Winnecour, Suite 3250 USX Tower, 600 Grant Street, Pittsburgh, PA 15219

United States Attorney, 633 U. S. Post Office & Courthouse Bldg., Pittsburgh, PA 15219

United States Trustee, Office of the United States Trustee, Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Executed on: March 10, 2009                By: _____
             (Date)                            Signature

                                            Typed Name  J. Armstrong Duffield

                                            Address 3855 S. Boulevard, Suite 200, Edmond, OK 73013
                                            Phone No. 405/341-9001

                                            List Bar I.D. and State of Admission  N/A