FILED
2009 MAR 16 P 3:35
CLERK
U.S. BANKRUPTCY
COURT - PGH

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: | ) Case No. 02-29809 |
| Bruce J. Schoenfelder | ) (Chapter 7) |
| DEBTOR | ) |
| Planet Beach Franchising Corp | ) |
| MOVANT | |
| Unclaimed Funds Account | |
| RESPONDENT | |

## ORDER GRANTING MOTION TO RECONSIDER

On the application of Planet Beach Franchising Corp (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $21,545.56) be paid to Claimant in care of J. Armstrong Duffield, 3855 S. Boulevard, Suite 200, Edmond, OK 73013.

Dated this 16TH day of March 2009,

MOTION TO RECONSIDER GRANTED. ORDER GRANTING PAYMENT OF FUNDS UNDER SEPARATE ORDER.

_Judith K. Fitzgerald_
United States Bankruptcy Judge
ljm

CC: Financial Administrator

J. Armstrong Duffield
3855 S. Boulevard, Suite 200
Edmond, OK 73013